**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TEAM WORLDWIDE CORPORATION, | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | CIVIL ACTION NO.  2:19-CV-00092-JRG |
| | § | (LEAD CASE) |
| ACADEMY, LTD D/B/A ACADEMY SPORTS + OUTDOORS, | § § § | |
| *Defendants.* | § § | |
| v. | § § | CIVIL ACTION NO.  2:19-CV-00093-JRG |
| | § | (MEMBER CASE) |
| ACE HARDWARE CORPORATION, | § § | |
| *Defendant.* | § | |
| v. | § § | CIVIL ACTION NO.  2:19-CV-00094-JRG |
| | § | (MEMBER CASE) |
| AMAZON.COM, INC., AMAZON.COM LLC, | § § § | |
| *Defendants.* | § | |
| v. | § § | CIVIL ACTION NO.  2:19-CV-00095-JRG |
| | § | (MEMBER CASE) |
| BED BATH & BEYOND INC., | § § | |
| *Defendant.* | § | |
| v. | § § | CIVIL ACTION NO.  2:19-CV-00096-JRG |
| | § | (MEMBER CASE) |
| COSTCO WHOLESALE CORPORATION, | § § | |
| *Defendants.* | § § § | |

| | | |
|---|---|---|
| v. | § | CIVIL ACTION NO.  2:19-CV-00097-JRG |
| | § | (MEMBER CASE) |
| DICK'S SPORTING GOODS, INC., | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| v. | § | CIVIL ACTION NO.  2:19-CV-00098-JRG |
| | § | (MEMBER CASE) |
| HOME DEPOT PRODUCT AUTHORITY, LLC, HOME DEPOT U.S.A., INC., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| v. | § | CIVIL ACTION NO.  2:19-CV-00099-JRG |
| | § | (MEMBER CASE) |
| MACYS.COM, LLC,   MACY'S RETAIL HOLDINGS, INC. | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| v. | § | CIVIL ACTION NO.  2:19-CV-00100-JRG |
| | § | (MEMBER CASE) |
| TARGET CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| v. | § | CIVIL ACTION NO.  2:20-CV-00006-JRG |
| | § | (MEMBER CASE) |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, MACY'S RETAIL HOLDINGS, INC., TRANSFORM SR LLC, TRANSFORM KM LLC, | § | |
| | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## <u>ORDER</u>

The Court issues this Order *sua sponte*. The above-captioned consolidated cases are hereby

**REASSIGNED** to the Hon. Robert W. Schroeder III.

So ORDERED and SIGNED this 22nd day of October, 2021.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE